UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ABETH HASHIMI,

     *Plaintiff*,

vs.

SABINI PLAZA LLC, and PALAZZO NEW YORK, INC.,

     *Defendants*.

## COMPLAINT

Plaintiff, ABETH HASHIMI (hereinafter, "Plaintiff"), by and through undersigned counsel, hereby files this Complaint and sues Defendants, SABINI PLAZA LLC, and PALAZZO NEW YORK, INC., (hereinafter, "Defendants"), for injunctive relief pursuant to the Americans with Disabilities Act, 42 U.S.C. § 12181, *et seq*., (hereinafter, the "ADA") and the ADA's Accessibility Guidelines, 28 C.F.R. Part 36 (hereinafter, the "ADAAG").

## JURISDICTION AND VENUE

1. This Court has original jurisdiction over the action pursuant to 28 U.S.C., §§1331 and 1343 for Plaintiff's claims arising under 42 U.S.C. § 12181, *et seq*., based upon Defendants' violations of Title III of the ADA (see also, 28 U.S.C. §§ 2201 and 2202).

2. The subject property is a restaurant located on or about 154-17 Roosevelt Ave, Flushing, NY 11354, doing business as Samba BBQ (hereinafter, the "Subject Premises").

3. All events giving rise to this lawsuit occurred in the State of New York. Venue is proper in this Court as the Subject Premises are in the Eastern District.

1

## PARTIES

4.      Plaintiff, ABETH HASHIMI, is over the age of 18, sui juris, and a resident of Queens County, New York. Plaintiff suffers from a congenital neuromuscular disorder known as Central Nuclear Myopathy, which is characterized by a defect in the cell structure of voluntary muscles; uses a wheelchair for mobility; and is a qualified individual under the ADA.

5.      Defendant, SABINI PLAZA LLC, is a domestic limited liability company which is authorized to and does transact business in the State of New York and within this judicial district. Defendant, SABINI PLAZA LLC, is the owner of the Subject Premises.

6.      Defendant, PALAZZO NEW YORK, INC., is a domestic business corporation which is authorized to and does transact business in the State of New York and within this judicial district and is the owner/operator of the bar known as "SAMBA BBQ" located at the Subject Premises.

7.      The Plaintiff enjoys visiting SAMBA BBQ for its all-you-can-eat format featuring a continuous rotation of succulent grilled meats. This restaurant is a Brazilian rodizio-style steakhouse. It is a perfect place to socialize with local patrons, friends, and family.  However, despite Plaintiff's appreciation of the restaurant, significant accessibility barriers and ADA violations limit his ability to fully enjoy the experience.

## FACTUAL ALLEGATIONS AND CLAIM

8.      Most recently on July 14, 2026, Plaintiff, in his individual capacity, visited the Subject Premises and personally encountered physical barriers to access, including a step at the entrance with no ramp, resulting in legal harm and injury. Plaintiff continues to suffer harm due to the existence of these barriers and the Defendants' failure to comply with ADA regulations.

9.      Plaintiff has visited the Subject Premises and intends to return to utilize the goods, services, and accommodations offered to the public. However, he is deterred from returning while the discriminatory barriers and non-compliant policies described herein persist.

10.     Plaintiff has been denied full and equal access to the Subject Premises, preventing him from enjoying the goods and services offered therein. These denials are caused by the physical barriers, including those outlined in this Complaint, and will continue until the barriers are removed.

11.     Pursuant to 42 U.S.C. § 12134(a), the Department of Justice, through the Office of the Attorney General, published revised regulations for Title III of the Americans with Disabilities Act of 1990 in the Federal Register on September 15, 2010. These regulations required public accommodations to comply with the updated standards by March 15, 2012.

12.     Under the "Safe Harbor" provision outlined in 28 CFR § 36.304(d)(2)(i), elements in existing facilities that have not been altered on or after March 15, 2012, and that comply with the technical and scoping specifications of the 1991 Standards are not required to be modified to meet the 2010 Standards. However, the violations described in this Complaint fail to comply with both the 1991 Standards and the 2010 Standards.

13.     The Subject Premises, as a public accommodation and service establishment, is required by law to comply with the ADA and ADAAG. However, it remains non-compliant with these standards.

14.     Plaintiff has suffered harm and injury as he personally encountered barriers to access at the Subject Premises, and he will continue to suffer harm due to the Defendants' failure to address the ADA violations described herein.

15. Plaintiff has experienced direct and indirect injury caused by the physical barriers and ADA violations at the Subject Premises and the Defendants' actions or inactions in remedying these violations.

16. Most recently on July 11, 2026, and throughout this year, Plaintiff attempted to visit and enjoy the Subject Premises but was unable to do so fully due to his disability and the existence of physical barriers, including a step at the entrance with no ramp, and other dangerous conditions, and ADA violations that restricted his access to the property and its accommodations.

17. Plaintiff intends to return to the Subject Premises as soon as it is made accessible, including this fall and winter, to enjoy the all-you-can-eat Brazilian rodizio alongside a cold & Hot buffet with friends and family in a neighborhood he frequents often. However, his ability to do so is restricted by the ongoing physical barriers and ADA violations that limit access for individuals with disabilities.

18. Plaintiff regularly visits the Downtown Flushing neighborhood to meet friends and patronize the stores and local eateries.  Plaintiff lives only 1.4 miles away, and the neighborhood is also easily accessible by public transportation and is very pedestrian-friendly.

19. Plaintiff intends to return regularly, specifically this fall and going forward, as soon as the premises is made accessible.

**COUNT I**
**VIOLATION OF TITLE III OF THE AMERICANS WITH DISABILITIES ACT**
**(Against All Defendants)**

20. Plaintiff restates Paragraphs 1-19 as though fully set forth herein.

21. Defendants, SABINI PLAZA LLC, and PALAZZO NEW YORK, INC., have discriminated against the Plaintiff and others with disabilities by failing to provide full and equal enjoyment of the goods, services, facilities, privileges, advantages, and accommodations of the

4

Subject Premises, as required by Title III of the Americans with Disabilities Act, 42 U.S.C. § 12181 *et seq.*, and the ADA's Accessibility Guidelines, 28 C.F.R. Part 36.

22.     Defendant, SABINI PLAZA LLC, as the owner of the Subject Premises, is responsible for ensuring that the property complies with the ADA, including removing architectural barriers where readily achievable as required by 42 U.S.C., § 12182(b)(2)(A)(iv).

23.     Defendant, PALAZZO NEW YORK, INC., as the operator of the business located at the Subject Premises, is responsible for ensuring that its policies, practices, and any barriers within its leased space comply with the ADA.

24.     The Plaintiff's ability to access the Subject Premises and fully benefit from its goods, services, facilities, privileges, advantages, and accommodations is hindered by various physical barriers, unsafe conditions, and ADA violations, including but not limited to the following:

1) ACCESSIBLE ROUTE TO ESTABLISHMENT NOT PROVIDED AS REQUIRED.
2) EXISTING STEP AT MAIN ENTRANCE ACTS AS A BARRIER TO ACCESSIBILITY.
3) REQUIRED RAMP NOT PROVIDED FOR STEP AT MAIN ENTRANCE.
   a. Accessible routes shall be provided in accordance with 206 and shall comply with Chapter 4.
   b. Accessible routes shall be provided where required by 206.2.
   c. At least one accessible route shall be provided within the site from accessible parking spaces and accessible passenger loading zones; public streets and sidewalks; and public transportation stops to the accessible building or facility entrance they serve.
   d. Entrances shall be provided in accordance with 206.4. Entrance doors, doorways, and gates shall comply with 404 and shall be on an accessible route complying with 402.
   e. Means of egress shall comply with section 1003.2.13 of the International Building Code (2000 edition and 2001 Supplement) or section 1007 of the International Building Code (2003 edition) (incorporated by reference, "Referenced Standards" in Chapter 1).
   f. Accessible routes shall comply with 402.
   g. Accessible routes shall consist of one or more of the following components: walking surfaces with a running slope not steeper than 1:20, doorways, ramps,

curb ramps excluding the flared sides, elevators, and platform lifts. All components of an accessible route shall comply with the applicable requirements of Chapter 4.

h.  Changes in level shall comply with 303.
i.  Changes in level greater than ½ inch high shall be ramped and shall comply with 405 or 406.

4)  REQUIRED MINIMUM MANEUVERING CLEARANCE NOT PROVIDED AT DOOR AT MAIN ENTRANCE.

5)  NON-COMPLIANT CHANGE IN FLOOR LEVEL WITHIN REQUIRED MANEUVERING CLEARANCE AT DOOR AT MAIN ENTRANCE.
   a.  Accessible routes shall be provided in accordance with 206 and shall comply with Chapter 4.
   b.  Accessible routes shall be provided where required by 206.2.
   c.  At least one accessible route shall be provided within the site from accessible parking spaces and accessible passenger loading zones; public streets and sidewalks; and public transportation stops to the accessible building or facility entrance they serve.
   d.  Entrances shall be provided in accordance with 206.4. Entrance doors, doorways, and gates shall comply with 404 and shall be on an accessible route complying with 402.
   e.  In addition to entrances required by 206.4.2 through 206.4.9, at least 60 percent of all public entrances shall comply with 404.
   f.  Means of egress shall comply with section 1003.2.13 of the International Building Code (2000 edition and 2001 Supplement) or section 1007 of the International Building Code (2003 edition) (incorporated by reference, "Referenced Standards" in Chapter 1)
   g.  Minimum maneuvering clearances at doors and gates shall comply with 404.2.4. Maneuvering clearances shall extend the full width of the doorway and the required latch side or hinge side clearance.
   h.  Floor or ground surface within required maneuvering clearances shall comply with 302. Changes in level are not permitted.

6)  NON-COMPLIANT DOORKNOB AT DOOR AT MAIN ENTRANCE REQUIRES TWISTING OF THE WRIST.
   a.  Doors, doorways, and gates that are part of an accessible route shall comply with 404.
   b.  Handles, pulls, latches, locks, and other operable parts on doors and gates shall comply with 309.4
   c.  Operable parts shall be operable with one hand and shall not require tight grasping, pinching, or twisting of the wrist. The force required to activate operable parts shall be 5 pounds maximum.

7)  INACCESSIBLE SECONDARY ENTRANCE.

8)  EXISTING STEPS AT SECONDARY ENTRANCE ACT AS A BARRIER TO ACCESSIBILITY. REQUIRED RAMP NOT PROVIDED FOR STEPS AT SECONDARY ENTRANCE.

a. Accessible routes shall be provided in accordance with 206 and shall comply with Chapter 4.
b. Accessible routes shall be provided where required by 206.2.
c. At least one accessible route shall be provided within the site from accessible parking spaces and accessible passenger loading zones; public streets and sidewalks; and public transportation stops to the accessible building or facility entrance they serve.
d. Entrances shall be provided in accordance with 206.4. Entrance doors, doorways, and gates shall comply with 404 and shall be on an accessible route complying with 402.
e. Means of egress shall comply with section 1003.2.13 of the International Building Code (2000 edition and 2001 Supplement) or section 1007 of the International Building Code (2003 edition) (incorporated by reference, "Referenced Standards" in Chapter 1).
f. Accessible routes shall comply with 402.
g. Accessible routes shall consist of one or more of the following components: walking surfaces with a running slope not steeper than 1:20, doorways, ramps, curb ramps excluding the flared sides, elevators, and platform lifts. All components of an accessible route shall comply with the applicable requirements of Chapter 4.
h. Changes in level shall comply with 303.
i. Changes in level greater than ½ inch high shall be ramped and shall comply with 405 or 406.

9) REQUIRED HANDRAILS NOT PROVIDED AT BOTH SIDES OF STEPS AT SECONARY ENTRANCE.
   a. Handrails shall be provided on both sides of stairs and ramps.

10) NON-COMPLIANT EXISTING HANDRAIL AT ONE SIDE OF STEPS AT SECONDARY ENTRANCE.
11) REQUIRED HANDRAIL EXTENSIONS NOT PROVIDED AT EXISTING HANDRAIL AT ONE SIDE OF STEPS AT SECONDARY ENTRANCE.
   a. Handrail gripping surfaces shall extend beyond and in the same direction of stair flights and ramp runs in accordance with 505.10.
   b. At the top of a stair flight, handrails shall extend horizontally above the landing for 12 inches (305 mm) minimum beginning directly above the first riser nosing. Extensions shall return to a wall, guard, or the landing surface, or shall be continuous to the handrail of an adjacent stair flight.
   c. At the bottom of a stair flight, handrails shall extend at the slope of the stair flight for a horizontal distance at least equal to one tread depth beyond the last riser nosing. Extension shall return to a wall, guard, or the landing surface, or shall be continuous to the handrail of an adjacent stair flight.

12) INACCESSIBLE BAR.
13) NON-COMPLIANT HEIGHT OF BAR EXCEEDS MAXIMUM HEIGHT ALLOWANCE. REQUIRED MINIMUM KNEE AND TOE CLEARANCE NOT PROVIDED AT BAR. PORTION OF BAR REQUIRED TO BE ACCESSIBLE

7

NOT PROVIDED.

   a. Where dining surfaces are provided for the consumption of food or drink, at least 5 percent of the seating spaces and standing spaces at the dining surfaces shall comply with 902.
   b. Dining surfaces and work surfaces shall comply with 902.2 and 902.3.
   c. Dining surfaces include, but are not limited to, bars, tables, lunch counters, and booths.
   d. A clear floor space complying with 305 positioned for a forward approach shall be provided. Knee and toe clearance complying with 306 shall be provided.
   e. The tops of dining surfaces and work surfaces shall be 28 inches (710 mm) minimum and 34 inches (865 mm) maximum above the finish floor or ground.
   f. Where toe clearance is required at an element as part of a clear floor space, the toe clearance shall extend 17 inches (430 mm) minimum under the element.
   g. Toe clearance shall be 30 inches (760 mm) wide minimum.
   h. Where knee clearance is required under an element as part of a clear floor space, the knee clearance shall be 11 inches deep minimum at 9 inches above the ground, and 8 inches deep minimum at 27 inches (685 mm) above the finish floor or ground.
   i. Knee clearance shall be 30 inches (760 mm) wide minimum.

14) INACCESSIBLE DINING TABLES LOCATED AT BARSIDE DINING AREA.
15) REQUIRED MINIMUM KNEE AND TOE CLEARANCE NOT PROVIDED AT DINING TABLES LOCATED AT BARSIDE DINING AREA.
16) NON-COMPLIANT HEIGHT OF DINING TABLES LOCATED AT BARSIDE DINING AREA EXCEEDS MAXIMUM HEIGHT ALLOWANCE.
17) MINIMUM PERCENTAGE OF EXISTING DINING TABLES REQUIRED TO BE ACCESSIBLE NOT PROVIDED AT BARSIDE DINING AREA
   a. Where dining surfaces are provided for the consumption of food or drink, at least 5 percent of the seating spaces and standing spaces at the dining surfaces shall comply with 902.
   b. A clear floor space complying with 305 positioned for a forward approach shall be provided. Knee and toe clearance complying with 306 shall be provided.
   c. The tops of dining surfaces and work surfaces shall be 28 inches (710 mm) minimum and 34 inches (865 mm) maximum above the finished floor or ground.
   d. Where toe clearance is required at an element as part of a clear floor space, the toe clearance shall extend 17 inches (430 mm) minimum under the element.
   e. Toe clearance shall be 30 inches (760 mm) wide minimum.
   f. Where knee clearance is required under an element as part of a clear floor space, the knee clearance shall be 11 inches deep minimum at 9 inches above the ground, and 8 inches deep minimum at 27 inches (685 mm) above the finished floor or ground.
   g. Knee clearance shall be 30 inches (760 mm) wide minimum.
18) INACCESSIBLE DINING TABLES LOCATED AT MAIN DINING AREA.
19) REQUIRED MINIMUM KNEE AND TOE CLEARANCE NOT PROVIDED AT DINING TABLES LOCATED AT MAIN DINING AREA.
20) A MINIMUM PERCENTAGE OF EXISTING DINING TABLES REQUIRED TO

BE ACCESSIBLE NOT PROVIDED AT THE MAIN DINING AREA.

   a. Where dining surfaces are provided for the consumption of food or drink, at least 5 percent of the seating spaces and standing spaces at the dining surfaces shall comply with 902.

   b. Dining surfaces and work surfaces shall comply with 902.2 and 902.3.

   c. A clear floor space complying with 305, positioned for a forward approach, shall be provided. Knee and toe clearance complying with 306 shall be provided.

   d. Where toe clearance is required at an element as part of a clear floor space, the toe clearance shall extend 17 inches (430 mm) minimum under the element.

   e. Toe clearance shall be 30 inches (760 mm) wide minimum.

   f. Where knee clearance is required under an element as part of a clear floor space, the knee clearance shall be 11 inches deep minimum at 9 inches above the ground, and 8 inches deep minimum at 27 inches (685 mm) above the finished floor or ground.

   g. Knee clearance shall be 30 inches (760 mm) wide minimum.

21) COMPLIANT SIGNAGE IDENTIFYING THE MEN'S RESTROOM NOT PROVIDED AS REQUIRED.

   a. Signs shall be provided in accordance with 216 and shall comply with 703.

   b. Interior and exterior signs identifying permanent rooms and spaces shall comply with 703.1, 703.2, and 703.5. Where pictograms are provided as designations of permanent interior rooms and spaces, the pictograms shall comply with 703.6 and shall have text descriptors complying with 703.2 and 703.5.

   c. Section 216.2 applies to signs that provide designations, labels, or names for interior rooms or spaces where the sign is not likely to change over time. Examples include interior signs labeling restrooms, room and floor numbers or letters, and room names. Tactile text descriptors are required for pictograms that are provided to label or identify a permanent room or space. Pictograms that provide information about a room or space, such as "no smoking," occupant logos, and the International Symbol of Accessibility, are not required to have text descriptors.

   d. Signs shall comply with 703. Where both visual and tactile characters are required, either one sign with both visual and tactile characters, or two separate signs, one with visual, and one with tactile characters, shall be provided.

   e. Tactile characters on signs shall be located 48 inches (1220 mm) minimum above the finished floor or ground surface, measured from the baseline of the lowest tactile character and 60 inches (1525 mm) maximum above the finished floor or ground surface, measured from the baseline of the highest tactile character.

   f. Where a tactile sign is provided at a door, the sign shall be located alongside the door at the latch side. Where a tactile sign is provided at double doors with one active leaf, the sign shall be located on the inactive leaf. Where a tactile sign is provided at double doors with two active leafs, the sign shall be located to the right of the right-hand door. Where there is no wall space at the latch side of a single door or at the right side of double doors, signs shall be located on

9

the nearest adjacent wall. Signs containing tactile characters shall be located so that a clear floor space of 18 inches (455 mm) minimum by 18 inches (455 mm) minimum, centered on the tactile characters, is provided beyond the arc of any door swing between the closed position and 45-degree open position.

22) INACCESSIBLE MEN'S RESTROOM.
23) REQUIRED MINIMUM CLEAR WIDTH NOT PROVIDED AT DOOR OF MEN'S RESTROOM.
   a. Accessible routes shall be provided in accordance with 206 and shall comply with Chapter 4.
   b. Accessible routes shall comply with 402.
   c. Accessible routes shall consist of one or more of the following components: walking surfaces with a running slope not steeper than 1:20, doorways, ramps, curb ramps excluding the flared sides, elevators, and platform lifts. All components of an accessible route shall comply with the applicable requirements of Chapter 4.
   d. Door openings shall provide a clear width of 32 inches (815 mm) minimum. Clear openings of doorways with swinging doors shall be measured between the face of the door and the stop, with the door open 90 degrees.

24) REQUIRED MINIMUM MANEUVERING CLEARANCE NOT PROVIDED AT DOOR OF MEN'S RESTROOM.
   a. Accessible routes shall be provided in accordance with 206 and shall comply with Chapter 4.
   b. Accessible routes shall comply with 402.
   c. Accessible routes shall consist of one or more of the following components: walking surfaces with a running slope not steeper than 1:20, doorways, ramps, curb ramps excluding the flared sides, elevators, and platform lifts. All components of an accessible route shall comply with the applicable requirements of Chapter 4.
   d. Minimum maneuvering clearances at doors and gates shall comply with 404.2.4. Maneuvering clearances shall extend the full width of the doorway and the required latch side or hinge side clearance.

25) INACCESSIBLE LIGHT SWITCH IN MEN'S RESTROOM.
26) NON-COMPLIANT HEIGHT OF LIGHT SWITCH IN MEN'S RESTROOM EXCEEDS MAXIMUM HEIGHT ALLOWANCE.
   a. Operable parts on accessible elements, accessible routes, and in accessible rooms and spaces shall comply with 309.
   b. Controls covered by 205.1 include, but are not limited to, light switches, circuit breakers, duplexes and other convenience receptacles, environmental and appliance controls, plumbing fixture controls, and security and intercom systems.
   c. Operable parts shall be placed within one or more of the reach ranges specified in 308.
   d. Where a forward reach is unobstructed, the high forward reach shall be 48 inches (1220 mm) maximum, and the low forward reach shall be 15 inches (380

mm) minimum above the finish floor or ground.

e.  Where a high forward reach is over an obstruction, the clear floor space shall extend beneath the element for a distance not less than the required reach depth over the obstruction.  The high forward reach shall be 48 inches (1220 mm) maximum where the reach depth is 20 inches (510 mm) maximum.  Where the reach depth exceeds 20 inches (510 mm), the high forward reach shall be 44 inches (1120 mm) maximum, and the reach depth shall be 25 inches (635 mm) maximum.

f.  Where a clear floor or ground space allows a parallel approach to an element and the side reach is unobstructed, the high side reach shall be 48 inches (1220 mm) maximum, and the low side reach shall be 15 inches (380 mm) minimum above the finish floor or ground. EXCEPTIONS:  1.  An obstruction shall be permitted between the clear floor or ground space and the element where the depth of the obstruction is 10 inches (255 mm) maximum.

g.  Where a clear floor or ground space allows a parallel approach to an element and the high side Reach is over an obstruction, the height of the obstruction shall be 34 inches (865 mm) maximum, and the depth of the obstruction shall be 24 inches (610 mm) maximum.  The high side reach shall Be 48 inches (1220 mm) maximum for a reach depth of 10 inches (255 mm) maximum.  Where the reach depth exceeds 10 inches (255 mm), the high side reach shall be 46 inches (1170 mm) maximum for a reach depth of 24 inches (610 mm) maximum.

27) REQUIRED MINIMUM TURNING SPACE NOT PROVIDED IN MEN'S RESTROOM.
   a.  Toilet and bathing rooms shall comply with 603.
   b.  Clearances shall comply with 603.2.
   c.  Turning space complying with 304 shall be provided within the room.
   d.  The turning space shall be a space of 60 inches (1525 mm) diameter minimum. The space shall be permitted to include knee and toe clearance complying with 306.

28) INACCESSIBLE LAVATORY IN MEN'S RESTROOM.
29) REQUIRED MINIMUM KNEE AND TOE CLEARANCE NOT PROVIDED AT LAVATORY IN MEN'S RESTROOM.
   a.  A clear floor space complying with 305, positioned for a forward approach, and knee and toe clearance complying with 306 shall be provided.
   b.  Where toe clearance is required at an element as part of a clear floor space,  the toe clearance shall extend 17 inches (430 mm) minimum under the element.
   c.  Toe clearance shall be 30 inches (760 mm) wide minimum.
   d.  Where knee clearance is required under an element as part of a clear floor space, the knee clearance shall be 11 inches deep minimum at 9 inches above the ground, and 8 inches deep minimum at 27 inches (685 mm) above the finish floor or ground.
   e.  Knee clearance shall be 30 inches (760 mm) wide minimum.

30) INACCESSIBLE PAPER TOWEL DISPENSER IN MEN'S RESTROOM.
31) NON-COMPLIANT MOUNTED HEIGHT OF PAPER TOWEL DISPENSER IN

MEN'S RESTROOM EXCEEDS MAXIMUM HEIGHT ALLOWANCE.

a. If soap and towel dispensers are provided, they must be located within the reach ranges specified in 308.

b. Where a forward reach is unobstructed, the high forward reach shall be 48 inches maximum, and the low forward reach shall be 15 inches minimum above the finished floor or ground.

c. Where a high forward reach is over an obstruction, the clear floor space shall extend beneath the element for a distance not less than the required reach depth over the obstruction. The high forward reach shall be 48 inches maximum where the reach depth is 20 inches maximum. Where the reach depth exceeds 20 inches, the high forward reach shall be 44 inches maximum, and the reach depth shall be 25 inches maximum.

d. Where a clear floor or ground space allows a parallel approach to an element and the side reach is unobstructed, the high side reach shall be 48 inches maximum, and the low side reach shall be15 inches minimum above the finish floor or ground.

e. Where a clear floor or ground space allows a parallel approach to an element and the high side reach is over an obstruction, the height of the obstruction shall be 34 inches maximum, and the depth of the obstruction shall be 24 inches maximum. The high side reach shall be 48 inches maximum for a reach depth of 10 inches maximum. Where the reach depth exceeds 10 inches, the high side reach shall be 46 inches maximum for a reach depth of 24 inches maximum.

32) INACCESSIBLE MIRROR IN MEN'S RESTROOM.

33) NON-COMPLIANT MOUNTED HEIGHT OF MIRROR IN MEN'S RESTROOM EXCEEDS MAXIMUM HEIGHT ALLOWANCE.

a. Mirrors located above lavatories or countertops shall be installed with the bottom edge  of the reflecting surface 40 inches (1015 mm) maximum above the finished floor or ground. Mirrors not located above lavatories or countertops shall be installed with the bottom edge of the reflecting surface 35 inches (890 mm) maximum above the finished floor or ground.

34) INACCESSIBLE URINAL IN MEN'S RESTROOM.

35) REQUIRED CLEAR FLOOR SPACE NOT PROVIDED AT URINAL IN MEN'S RESTROOM.

a. A clear floor or ground space complying with 305, positioned for forward approach, shall be provided.

b. The clear floor or ground space shall be 30 inches (760 mm) minimum by 48 inches (1220 mm) minimum.

36) INACCESSIBLE TOILET COMPARTMENT IN MEN'S RESTROOM.

37) REQUIRED MINIMUM CLEAR WIDTH NOT PROVIDED AT DOOR OF TOILET COMPARTMENT IN MEN'S RESTROOM.

a. Wheelchair accessible toilet compartments shall meet the requirements of 604.8.1 and 604.8.3. Compartments containing more than one plumbing fixture shall comply with 603. Ambulatory accessible compartments shall comply with 604.8.2 and 604.8.3.

12

b. Toilet compartment doors, including door hardware, shall comply with 404 except that if the approach is to the latch side of the compartment door, clearance between the door side of the compartment and any obstruction shall be 42 inches (1065 mm) minimum. Doors shall be located in the front partition or in the side wall or partition farthest from the water closet. Where located in the front partition, the door opening shall be 4 inches (100 mm) maximum from the side wall or partition farthest from the water closet. Where located in the side wall or partition, the door opening shall be 4 inches (100 mm) maximum from the front partition. The door shall be self-closing. A door pull complying with 404.2.7 shall be placed on both sides of the door near the latch. Toilet compartment doors shall not swing into the minimum required compartment area.

c. Door openings shall provide a clear width of 32 inches (815 mm) minimum. Clear openings of doorways with swinging doors shall be measured between the face of the door and the stop, with the door open 90 degrees.

38) REQUIRED MINIMUM MANEUVERING CLEARANCE NOT PROVIDED AT DOOR OF TOILET COMPARTMENT IN MEN'S RESTROOM.

a. Wheelchair accessible toilet compartments shall meet the requirements of 604.8.1 and 604.8.3. Compartments containing more than one plumbing fixture shall comply with 603. Ambulatory accessible compartments shall comply with 604.8.2 and 604.8.3.

b. Toilet compartment doors, including door hardware, shall comply with 404 except that if the approach is to the latch side of the compartment door, clearance between the door side of the compartment and any obstruction shall be 42 inches (1065 mm) minimum. Doors shall be located in the front partition or in the side wall or partition farthest from the water closet. Where located in the front partition, the door opening shall be 4 inches (100 mm) maximum from the side wall or partition farthest from the water closet. Where located in the side wall or partition, the door opening shall be 4 inches (100 mm) maximum from the front partition. The door shall be self-closing. A door pull complying with 404.2.7 shall be placed on both sides of the door near the latch. Toilet compartment doors shall not swing into the minimum required compartment area.

c. Minimum maneuvering clearances at doors and gates shall comply with 404.2.4. Maneuvering clearances shall extend the full width of the doorway and the required latch side or hinge side clearance.

39) NON-COMPLIANT DOOR SWING OF DOOR of TOILET COMPARTMENT IN MEN'S RESTROOM. DOOR OF TOILET COMPARTMENT IN MEN'S RESTROOM SWINGS INTO THE COMPARTMENT.

a. Toilet compartment doors, including door hardware, shall comply with 404 except that if the approach is to the latch side of the compartment door, clearance between the door side of the compartment and any obstruction shall be 42 inches (1065 mm) minimum. Doors shall be located in the front partition or in the side wall or partition farthest from the water closet. Where located in the front partition, the door opening shall be 4 inches (100 mm) maximum from

13

the side wall or partition farthest from the water closet. Where located in the side wall or partition, the door opening shall be 4 inches (100 mm) maximum from the front partition. The door shall be self-closing. A door pull complying with 404.2.7 shall be placed on both sides of the door near the latch. Toilet compartment doors shall not swing into the minimum required compartment area.

40) NON-COMPLIANT DOOR LOCK AT DOOR OF TOILET COMPARTMENT IN MEN'S RESTROOM REQUIRES PINCHING OF FINGERS.
   a. Wheelchair accessible toilet compartments shall meet the requirements of 604.8.1 and 604.8.3. Compartments containing more than one plumbing fixture shall comply with 603. Ambulatory accessible compartments shall comply with 604.8.2 and 604.8.3.
   b. Toilet compartment doors, including door hardware, shall comply with 404 except that if the approach is to the latch side of the compartment door, clearance between the door side of the compartment and any obstruction shall be 42 inches (1065 mm) minimum. Doors shall be located in the front partition or in the side wall or partition farthest from the water closet. Where located in the front partition, the door opening shall be 4 inches (100 mm) maximum from the side wall or partition farthest from the water closet. Where located in the side wall or partition, the door opening shall be 4 inches (100 mm) maximum from the front partition. The door shall be self-closing. A door pull complying with 404.2.7 shall be placed on both sides of the door near the latch. Toilet compartment doors shall not swing into the minimum required compartment area.
   c. Handles, pulls, latches, locks, and other operable parts on doors and gates shall comply with 309.4
   d. Operable parts shall be operable with one hand and shall not require tight grasping, pinching, or twisting of the wrist. The force required to activate operable parts shall be 5 pounds maximum.

41) REQUIRED MINIMUM SPACE NOT PROVIDED IN TOILET COMPARTMENT IN MEN'S RESTROOM.
   a. Wheelchair accessible toilet compartments shall meet the requirements of 604.8.1 and 604.8.3. Compartments containing more than one plumbing fixture shall comply with 603. Ambulatory accessible compartments shall comply with 604.8.2 and 604.8.3.
   b. Wheelchair accessible compartments shall be 60 inches (1525 mm) wide minimum measured perpendicular to the side wall, and 56 inches (1420 mm) deep minimum for wall-hung water closets and 59 inches (1500 mm) deep minimum for floor-mounted water closets measured perpendicular to the rear wall.

42) INACCESSIBLE WATER CLOSET LOCATED IN TOILET COMPARTMENT IN MEN'S RESTROOM.
43) REQUIRED MINIMUM CLEARANCE NOT PROVIDED AT WATER CLOSET LOCATED IN TOILET COMPARTMENT IN MEN'S RESTROOM.

14

a. Clearances around water closets and in toilet compartments shall comply with 604.3.
b. Clearance around a water closet shall be 60 inches (1525 mm) minimum measured perpendicular from the side wall and 56 inches (1420 mm) minimum measured perpendicular from the rear wall.

44) REQUIRED GRAB BARS NOT PROVIDED ON REAR AND SIDE WALLS OF WATER CLOSET IN TOILET COMPARTMENT IN MEN'S RESTROOM.
a. Grab bars for water closets shall comply with 609.
b. Grab bars shall be provided on the side wall closest to the water closet and on the rear wall.

45) COMPLIANT SIGNAGE IDENTIFYING THE WOMEN'S RESTROOM NOT PROVIDED AS REQUIRED.
a. Signs shall be provided in accordance with 216 and shall comply with 703.
b. Interior and exterior signs identifying permanent rooms and spaces shall comply with 703.1, 703.2, and 703.5. Where pictograms are provided as designations of permanent interior rooms and spaces, the pictograms shall comply with 703.6 and shall have text descriptors complying with 703.2 and 703.5.
c. Section 216.2 applies to signs that provide designations, labels, or names for interior rooms or spaces where the sign is not likely to change over time. Examples include interior signs labeling restrooms, room and floor numbers or letters, and room names. Tactile text descriptors are required for pictograms that are provided to label or identify a permanent room or space. Pictograms that provide information about a room or space, such as "no smoking," occupant logos, and the International Symbol of Accessibility, are not required to have text descriptors.
d. Signs shall comply with 703. Where both visual and tactile characters are required, either one sign with both visual and tactile characters, or two separate signs, one with visual, and one with tactile characters, shall be provided.
e. Tactile characters on signs shall be located 48 inches (1220 mm) minimum above the finished floor or ground surface, measured from the baseline of the lowest tactile character and 60 inches (1525 mm) maximum above the finished floor or ground surface, measured from the baseline of the highest tactile character.
f. Where a tactile sign is provided at a door, the sign shall be located alongside the door at the latch side. Where a tactile sign is provided at double doors with one active leaf, the sign shall be located on the inactive leaf. Where a tactile sign is provided at double doors with two active leafs, the sign shall be located to the right of the right-hand door. Where there is no wall space at the latch side of a single door or at the right side of double doors, signs shall be located on the nearest adjacent wall. Signs containing tactile characters shall be located so that a clear floor space of 18 inches (455 mm) minimum by 18 inches (455 mm) minimum, centered on the tactile characters, is provided beyond the arc of any door swing between the closed position and 45-degree open position.

46) INACCESSIBLE WOMEN'S RESTROOM.
47) REQUIRED MINIMUM CLEAR WIDTH NOT PROVIDED AT DOOR OF WOMEN'S RESTROOM.
   a. Accessible routes shall be provided in accordance with 206 and shall comply with Chapter 4.
   b. Accessible routes shall comply with 402.
   c. Accessible routes shall consist of one or more of the following components: walking surfaces with a running slope not steeper than 1:20, doorways, ramps, curb ramps excluding the flared sides, elevators, and platform lifts. All components of an accessible route shall comply with the applicable requirements of Chapter 4.
   d. Door openings shall provide a clear width of 32 inches (815 mm) minimum. Clear openings of doorways with swinging doors shall be measured between the face of the door and the stop, with the door open 90 degrees.

48) REQUIRED MINIMUM MANEUVERING CLEARANCE NOT PROVIDED AT DOOR OF WOMEN'S RESTROOM.
   a. Accessible routes shall be provided in accordance with 206 and shall comply with Chapter 4.
   b. Accessible routes shall comply with 402.
   c. Accessible routes shall consist of one or more of the following components: walking surfaces with a running slope not steeper than 1:20, doorways, ramps, curb ramps excluding the flared sides, elevators, and platform lifts. All components of an accessible route shall comply with the applicable requirements of Chapter 4.
   d. Minimum maneuvering clearances at doors and gates shall comply with 404.2.4. Maneuvering clearances shall extend the full width of the doorway and the required latch side or hinge side clearance.

49) INACCESSIBLE LIGHT SWITCH IN WOMEN'S RESTROOM.
50) NON-COMPLIANT HEIGHT OF LIGHT SWITCH IN WOMEN'S RESTROOM EXCEEDS MAXIMUM HEIGHT ALLOWANCE.
   a. Operable parts on accessible elements, accessible routes, and in accessible rooms and spaces shall comply with 309.
   b. Controls covered by 205.1 include, but are not limited to, light switches, circuit breakers, duplexes and other convenience receptacles, environmental and appliance controls, plumbing fixture controls, and security and intercom systems.
   c. Operable parts shall be placed within one or more of the reach ranges specified in 308.
   d. Where a forward reach is unobstructed, the high forward reach shall be 48 inches (1220 mm) maximum and the low forward reach shall be 15 inches (380 mm) minimum above the finished floor or ground.
   e. Where a high forward reach is over an obstruction, the clear floor space shall extend beneath the element for a distance not less than the required reach depth over the obstruction. The high forward reach shall be 48 inches (1220 mm) maximum where the reach depth is 20 inches (510 mm) maximum. Where the

reach depth exceeds 20 inches (510 mm), the high forward reach shall be 44 inches (1120 mm) maximum and the reach depth shall be 25 inches (635 mm) maximum.

f.   Where a clear floor or ground space allows a parallel approach to an element and the side reach is unobstructed, the high side reach shall be 48 inches (1220 mm) maximum, and the low side reach shall be 15 inches (380 mm) minimum above the finished floor or ground. EXCEPTIONS: 1. An obstruction shall be permitted between the clear floor or ground space and the element where the depth of the obstruction is 10 inches (255 mm) maximum.

g.   Where a clear floor or ground space allows a parallel approach to an element and the high side Reach is over an obstruction, the height of the obstruction shall be 34 inches (865 mm) maximum and the depth of the obstruction shall be 24 inches (610 mm) maximum. The high side reach shall be 48 inches (1220 mm) maximum for a reach depth of 10 inches (255 mm) maximum. Where the reach depth exceeds 10 inches (255 mm), the high side reach shall be 46 inches (1170 mm) maximum for a reach depth of 24 inches (610 mm) maximum.

51) INSULATION OF PIPES AND WATER LINES UNDER THE LAVATORY IN WOMEN'S RESTROOM NOT PROVIDED AS REQUIRED.
   a.   Water supply and drain pipes under lavatories and sinks shall be insulated or otherwise configured to protect against contact. There shall be no sharp or abrasive surfaces under lavatories and sinks.

52) INACCESSIBLE MIRROR IN WOMEN'S RESTROOM.
53) NON-COMPLIANT MOUNTED HEIGHT OF MIRROR IN WOMEN'S RESTROOM EXCEEDS MAXIMUM HEIGHT ALLOWANCE.
   a.   Mirrors located above lavatories or countertops shall be installed with the bottom edge of the reflecting surface 40 inches (1015 mm) maximum above the finished floor or ground. Mirrors not located above lavatories or countertops shall be installed with the bottom edge of the reflecting surface 35 inches (890 mm) maximum above the finished floor or ground.

54) INACCESSIBLE TOILET COMPARTMENTS IN WOMEN'S RESTROOM.
55) REQUIRED CLEAR WIDTH NOT PROVIDED AT TRAVEL PATH TO TOILET COMPARTMENTS IN WOMEN'S RESTROOM.
   a.   Accessible routes shall be provided in accordance with 206 and shall comply with Chapter 4.
   b.   Accessible routes shall comply with 402.
   c.   Accessible routes shall consist of one or more of the following components: walking surfaces with a running slope not steeper than 1:20, doorways, ramps, curb ramps excluding the flared sides, elevators, and platform lifts. All components of an accessible route shall comply with the applicable requirements of Chapter 4.
   d.   Walking surfaces that are a part of an accessible route shall comply with 403.
   e.   Except as provided in 403.5.2 and 403.5.3, the clear width of walking surfaces shall be 36 inches (915 mm) minimum.

17

56) REQUIRED MINIMUM CLEAR WIDTH NOT PROVIDED AT DOOR OF THE FIRST OF TWO TOILET COMPARTMENTS IN WOMEN'S RESTROOM.

    a. Wheelchair accessible toilet compartments shall meet the requirements of 604.8.1 and 604.8.3. Compartments containing more than one plumbing fixture shall comply with 603. Ambulatory accessible compartments shall comply with 604.8.2 and 604.8.3.

    b. Toilet compartment doors, including door hardware, shall comply with 404 except that if the approach is to the latch side of the compartment door, clearance between the door side of the compartment and any obstruction shall be 42 inches (1065 mm) minimum. Doors shall be located in the front partition or in the side wall or partition farthest from the water closet. Where located in the front partition, the door opening shall be 4 inches (100 mm) maximum from the side wall or partition farthest from the water closet. Where located in the side wall or partition, the door opening shall be 4 inches (100 mm) maximum from the front partition. The door shall be self-closing. A door pull complying with 404.2.7 shall be placed on both sides of the door near the latch. Toilet compartment doors shall not swing into the minimum required compartment area.

    c. Door openings shall provide a clear width of 32 inches (815 mm) minimum. Clear openings of doorways with swinging doors shall be measured between the face of the door and the stop, with the door open 90 degrees.

57) REQUIRED MINIMUM MANEUVERING CLEARANCE NOT PROVIDED AT DOOR OF THE FIRST OF TWO TOILET COMPARTMENTS IN WOMEN'S RESTROOM.

    a. Wheelchair accessible toilet compartments shall meet the requirements of 604.8.1 and 604.8.3. Compartments containing more than one plumbing fixture shall comply with 603. Ambulatory accessible compartments shall comply with 604.8.2 and 604.8.3.

    b. Toilet compartment doors, including door hardware, shall comply with 404 except that if the approach is to the latch side of the compartment door, clearance between the door side of the compartment and any obstruction shall be 42 inches (1065 mm) minimum. Doors shall be located in the front partition or in the side wall or partition farthest from the water closet. Where located in the front partition, the door opening shall be 4 inches (100 mm) maximum from the side wall or partition farthest from the water closet. Where located in the side wall or partition, the door opening shall be 4 inches (100 mm) maximum from the front partition. The door shall be self-closing. A door pull complying with 404.2.7 shall be placed on both sides of the door near the latch. Toilet compartment doors shall not swing into the minimum required compartment area.

    c. Minimum maneuvering clearances at doors and gates shall comply with 404.2.4. Maneuvering clearances shall extend the full width of the doorway and the required latch side or hinge side clearance.

58) NON-COMPLIANT DOOR SWING OF DOOR OF THE FIRST OF TWO

TOILET COMPARTMENTS IN WOMEN'S RESTROOM. DOOR OF THE FIRST OF TWO TOILET COMPARTMENTS IN WOMEN'S RESTROOM SWINGS INTO THE COMPARTMENT.

    a. Toilet compartment doors, including door hardware, shall comply with 404 except that if the approach is to the latch side of the compartment door, clearance between the door side of the compartment and any obstruction shall be 42 inches (1065 mm) minimum. Doors shall be located in the front partition or in the side wall or partition farthest from the water closet. Where located in the front partition, the door opening shall be 4 inches (100 mm) maximum from the side wall or partition farthest from the water closet. Where located in the side wall or partition, the door opening shall be 4 inches (100 mm) maximum from the front partition. The door shall be self-closing. A door pull complying with 404.2.7 shall be placed on both sides of the door near the latch. Toilet compartment doors shall not swing into the minimum required compartment area.

59) REQUIRED MINIMUM SPACE NOT PROVIDED IN THE FIRST OF TWO TOILET COMPARTMENTS IN WOMEN'S RESTROOM.

    a. Wheelchair accessible toilet compartments shall meet the requirements of 604.8.1 and 604.8.3. Compartments containing more than one plumbing fixture shall comply with 603. Ambulatory accessible compartments shall comply with 604.8.2 and 604.8.3.

    b. Wheelchair accessible compartments shall be 60 inches (1525 mm) wide minimum measured perpendicular to the side wall, and 56 inches (1420 mm) deep minimum for wall hung water closets and 59 inches (1500 mm) deep minimum for floor mounted water closets measured perpendicular to the rear wall.

60) INACCESSIBLE WATER CLOSET LOCATED IN TOILET COMPARTMENT IN THE FIRST OF TWO TOILET COMPARTMENTS IN WOMEN'S RESTROOM.

61) REQUIRED MINIMUM CLEARANCE NOT PROVIDED AT WATER CLOSET IN THE FIRST OF TWO TOILET COMPARTMENTS IN WOMEN'S RESTROOM.

    a. Clearances around water closets and in toilet compartments shall comply with 604.3.

    b. Clearance around a water closet shall be 60 inches (1525 mm) minimum measured perpendicular from the side wall and 56 inches (1420 mm) minimum measured perpendicular from the rear wall.

62) REQUIRED GRAB BARS NOT PROVIDED ON REAR AND SIDE WALLS OF WATER CLOSET IN THE FIRST OF TWO TOILET COMPARTMENTS IN WOMEN'S RESTROOM.

    a. Grab bars for water closets shall comply with 609.

    b. Grab bars shall be provided on the side wall closest to the water closet and on the rear wall.

63) REQUIRED MINIMUM CLEAR WIDTH NOT PROVIDED AT DOOR OF THE

SECOND OF TWO TOILET COMPARTMENTS IN WOMEN'S RESTROOM.

a.  Wheelchair accessible toilet compartments shall meet the requirements of 604.8.1 and 604.8.3. Compartments containing more than one plumbing fixture shall comply with 603. Ambulatory accessible compartments shall comply with 604.8.2 and 604.8.3.

b.  Toilet compartment doors, including door hardware, shall comply with 404 except that if the approach is to the latch side of the compartment door, clearance between the door side of the compartment and any obstruction shall be 42 inches (1065 mm) minimum. Doors shall be located in the front partition or in the side wall or partition farthest from the water closet. Where located in the front partition, the door opening shall be 4 inches (100 mm) maximum from the side wall or partition farthest from the water closet. Where located in the side wall or partition, the door opening shall be 4 inches (100 mm) maximum from the front partition. The door shall be self-closing. A door pull complying with 404.2.7 shall be placed on both sides of the door near the latch. Toilet compartment doors shall not swing into the minimum required compartment area.

c.  Door openings shall provide a clear width of 32 inches (815 mm) minimum. Clear openings of doorways with swinging doors shall be measured between the face of the door and the stop, with the door open 90 degrees.

64) REQUIRED MINIMUM MANEUVERING CLEARANCE NOT PROVIDED AT DOOR OF THE SECOND OF TWO TOILET COMPARTMENTS IN WOMEN'S RESTROOM.

a.  Wheelchair accessible toilet compartments shall meet the requirements of 604.8.1 and 604.8.3. Compartments containing more than one plumbing fixture shall comply with 603. Ambulatory accessible compartments shall comply with 604.8.2 and 604.8.3.

b.  Toilet compartment doors, including door hardware, shall comply with 404 except that if the approach is to the latch side of the compartment door, clearance between the door side of the compartment and any obstruction shall be 42 inches (1065 mm) minimum. Doors shall be located in the front partition or in the side wall or partition farthest from the water closet. Where located in the front partition, the door opening shall be 4 inches (100 mm) maximum from the side wall or partition farthest from the water closet. Where located in the side wall or partition, the door opening shall be 4 inches (100 mm) maximum from the front partition. The door shall be self-closing. A door pull complying with 404.2.7 shall be placed on both sides of the door near the latch. Toilet compartment doors shall not swing into the minimum required compartment area.

c.  Minimum maneuvering clearances at doors and gates shall comply with 404.2.4. Maneuvering clearances shall extend the full width of the doorway and the required latch side or hinge side clearance.

65) NON-COMPLIANT DOOR SWING OF DOOR OF THE SECOND OF TWO TOILET COMPARTMENTS IN WOMEN'S RESTROOM.

66) DOOR OF THE SECOND OF TWO TOILET COMPARTMENTS IN WOMEN'S RESTROOM SWINGS INTO THE COMPARTMENT.

a.  Toilet compartment doors, including door hardware, shall comply with 404 except that if the approach is to the latch side of the compartment door, clearance between the door side of the compartment and any obstruction shall be 42 inches (1065 mm) minimum.  Doors shall be located in the front partition or in the side wall or partition farthest from the water closet. Where located in the front partition, the door opening shall be 4 inches (100 mm) maximum from the side wall or partition farthest from the water closet.  Where located in the side wall or partition, the door opening shall be 4 inches (100 mm) maximum from the front partition.  The door shall be self-closing.  A door pull complying with 404.2.7 shall be placed on both sides of the door near the latch. Toilet compartment doors shall not swing into the minimum required compartment area.

67) REQUIRED MINIMUM SPACE NOT PROVIDED IN THE SECOND OF TWO TOILET COMPARTMENTS IN WOMEN'S RESTROOM.
a.  Wheelchair accessible toilet compartments shall meet the requirements of 604.8.1 and 604.8.3. Compartments containing more than one plumbing fixture shall comply with 603.  Ambulatory accessible compartments shall comply with 604.8.2 and 604.8.3.
b.  Wheelchair accessible compartments shall be 60 inches (1525 mm) wide minimum measured perpendicular to the side wall, and 56 inches (1420 mm) deep minimum for wall hung water closets and 59 inches (1500 mm) deep minimum for floor mounted water closets measured perpendicular to the rear wall.

68) INACCESSIBLE WATER CLOSET LOCATED IN THE SECOND OF TWO TOILET COMPARTMENTS IN WOMEN'S RESTROOM.
69) REQUIRED MINIMUM CLEARANCE NOT PROVIDED AT WATER CLOSET LOCATED IN THE SECOND OF TWO TOILET COMPARTMENTS IN WOMEN'S RESTROOM.
a.  Clearances around water closets and in toilet compartments shall comply with 604.3.
b.  Clearance around a water closet shall be 60 inches (1525 mm) minimum measured perpendicular from the side wall and 56 inches (1420 mm) minimum measured perpendicular from the rear wall.

70) REQUIRED GRAB BARS NOT PROVIDED ON REAR AND SIDE WALLS OF WATER CLOSET IN THE SECOND OF TWO TOILET COMPARTMENTS IN WOMEN'S RESTROOM.
a.  Grab bars for water closets shall comply with 609.
b.  Grab bars shall be provided on the side wall closest to the water closet and on the rear wall.

71) INACCESSIBLE COAT HOOK IN THE SECOND OF TWO TOILET COMPARTMENTS IN WOMEN'S RESTROOM.
72) NON-COMPLIANT HEIGHT OF COAT HOOK IN THE SECOND OF TWO TOILET COMPARTMENTS IN WOMEN'S RESTROOM EXCEEDS

21

MAXIMUM HEIGHT ALLOWANCE.
a. Coat hooks shall be located within one of the reach ranges specified in 308.
b. Where a forward reach is unobstructed, the high forward reach shall be 48 inches maximum, and the low forward reach shall be 15 inches minimum above the finished floor or ground.
c. Where a high forward reach is over an obstruction, the clear floor space shall extend beneath the element for a distance not less than the required reach depth over the obstruction. The high forward reach shall be 48 inches maximum where the reach depth is 20 inches maximum. Where the reach depth exceeds 20 inches, the high forward reach shall be 44 inches maximum and the reach depth shall be 25 inches maximum.
d. Where a clear floor or ground space allows a parallel approach to an element and the side reach is unobstructed, the high side reach shall be 48 inches maximum, and the low side reach shall be 15 inches minimum above the finish floor or ground.
e. Where a clear floor or ground space allows a parallel approach to an element and the high side reach is over an obstruction, the height of the obstruction shall be 34 inches maximum and the depth of the obstruction shall be 24 inches maximum. The high side reach shall be 48 inches maximum for a reach depth of 10 inches maximum. Where the reach depth exceeds 10 inches, the high side reach shall be 46 inches maximum for a reach depth of 24 inches maximum.

25. Plaintiff has attempted to access the Subject Premises but has been denied full and equal enjoyment of the goods, services, programs, and activities offered due to his disability. The physical barriers, dangerous conditions, and ADA violations described above have caused Plaintiff to suffer harm, and Plaintiff reasonably expects to face continued discrimination unless and until Defendants are compelled to remove these barriers and comply with the ADA.

26. Plaintiff lives approximately 1.4 miles from the Subject Premises and as stated in Par. 18, regularly frequents the downtown Flushing neighborhood, which is easily accessible by public transportation.

27. The removal of the physical barriers, dangerous conditions, and ADA violations described herein is readily achievable and can be accomplished without significant difficulty or expense, as defined by 42 U.S.C. § 12182(b)(2)(A)(iv); 42 U.S.C. § 12181(9); and 28 C.F.R. § 36.304.

**28.**    Plaintiff is without an adequate remedy at law and is suffering irreparable harm. Plaintiff reasonably anticipates continued harm unless Defendants are required to remove the physical barriers, dangerous conditions, and ADA violations at the Subject Premises.

## RELIEF SOUGHT

**29.**    Plaintiff seeks an injunction requiring Defendants to bring the Subject Premises into full compliance with the ADA and ADAAG by remediating all violations.

**30.**    Pursuant to 42 U.S.C. §12188(a), this Court is provided with authority to grant injunctive relief to Plaintiff, including an order to alter the Subject Premises to make it readily accessible to and usable by individuals with disabilities to the extent required by the ADA, and closing the Subject Premises until the requisite modifications are completed.

**31.**    Plaintiff has been obligated to retain undersigned counsel for the filing and prosecution of this action. Plaintiff is entitled to have his reasonable attorney's fees, costs, and expenses paid by the Defendants, pursuant to 42 U.S.C., §§ 12205 and 12217.

**WHEREFORE**, Plaintiff respectfully requests that the Court issue a permanent injunction enjoining Defendants from continuing their discriminatory practices, ordering Defendants to remove the physical barriers to access and alter the Subject Premises to make it readily accessible to and useable by individuals with disabilities to the extent required by the ADA, closing the Subject Premises until the barriers are removed and requisite alterations are completed, and awarding Plaintiff his reasonable attorney's fees, expert fees, costs, and litigation expenses incurred in this action.

August 13, 2026                                              Respectfully submitted,

                                                              */s/ Jennifer E. Tucek, Esq.*
                                                              Law Office of Jennifer Tucek, PC

23

Bar No. JT2817
641Lexington Avenue, 15th Floor
New York, New York 10017
(917) 669-6991
TucekLaw@Gmail.com
*Attorney for Plaintiff*